Douglas D. Kappler (CA SBN 48979)
16030 Ventura Blvd., Suite 479
Encino, California 91436
Telephone: 310.874.5321
Facsimile: 661.269.5312
Email: *Doug@MarguliesFaithLaw.com*

Attorneys for Defendants Daniel, Malka, Shira and Benjamin Namvar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor. | Case No. 2:11-cv-05320-GAF<br><br>Chapter 11<br><br>Bankr. Case No. 2:08-bk-32333-BR<br><br>Bankr Adv. No. 2:10-ap-02945-BR |
| DANIEL NAMVAR, BENJAMIN NAMVAR, MALKA NAMVAR, SHIRA NAMVAR,<br><br>Defendants/Appellant<br><br>v.<br><br>BRADLEY D. SHARP, solely in his capacity as Chapter 11 Trustee of NAMCO CAPITAL GROUP, INC.,<br><br>Plaintiff/Appellee. | REPRESENTATION STATEMENT<br><br>Filled Concurrently with Notice of Appeal of Judgment Against Daniel Namvar, Benjamin Namvar, Malka Namvar, Shira Namvar, entered on November 4, 2014 as Docket No. 435 |

The undersigned represents Daniel Namvar, Malka Namvar, Shirah Namvar and Benjamin Namvar, Defendants and Appellants in this matter, and no other party.

Pursuant to F.R.A.P. 12(b) and Circuit Rule 3-2(b), a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number and email address, is as follows:

Appellee: BRADLEY D. SHARP, solely in his capacity as Chapter 11 Trustee of NAMCO CAPITAL GROUP, INC.,

Special Counsel for Appellee:
Dean A. Ziehl
Alan J. Kornfeld
Gillian N. Brown
Elissa A. Wagner
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: dziehl@pszjlae.com
akornfeld@pszjlaw.com
gbrown@pszjlaw.com
ewagner@pszjlaw.com

DATED: November 18, 2014

Respectfully submitted,

*/s/ Douglas D. Kappler*
Attorneys for Defendants Daniel Namvar, Malka Namvar, Shirah Namvar and Benjamin Namvar

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Myrna R. Richardson, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to this district court or bankruptcy case or adversary proceeding. My business address is 6857 Cedros Avenue, Van Nuys, California 91405.

On November 18, 2014, I caused to be served NOTICE OF TRIAL in this action as follows:

SEE ATTACHED SERVICE LIST

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on November 18, 2014 at Van Nuys, California.

*/s/Myrna R. Richardson*
Myrna R. Richardson

## SERVICE LIST

**By Overnight Delivery:**
The Hon. Gary A. Feess
U.S. District Court
Roybal Federal Building
255 E. Temple Street, Bin Outside of Room 730
Los Angeles, CA 90012-3332

**2:11-cv-05320-GAF(CWx) Notice will be sent via NEF/electronically mailed to:**

Alan J. Kornfeld akornfeld@pszjlaw.com md@pszjlaw
Bernard M Resser bresser@greenbergglusker.com
Brian L Davidoff bdavidoff@greenbergglusker.com
kwoodson@greenbergglusker.com
Damon G Saltzberg ds@srblaw.com
Daniel Namvar Daniel@emaxmgmt.com
Daryl G Parker dparker@pszjlaw
Dean A. Aiehl dziehl@pszjlaw
Elissa A Wagner awagner@pszjlaw.com
Gail S Greenwood ggreenwood@pszjlaw.com
Genise R Reiter ggreenwood@pszjlaw.com
Henly L Saltzburg hls@srblaw.com
Lori L Werderitch lwerderitch@greenbergglusker.com
Malka Namvar Malkanam18@gmail.com
Neal S Salisian neal.salisian@salisianlee.com
Newton C Tak newton.tak@salisianlee.com
Richard Hyungil Lee Richardson.lee@salisianlee.com
Richard M Pachulski rpachulski@pszjlaw.com
Robert B Mobasseri Robert@lawyer.com
Shirah Namvar Shiranam12@yahoo.com
Gillian N. Brown gbrown@pszjlaw.com

**By U.S. Mail to:**
Daniel Namvar
12449 San Vicente Blvd.
Los Angeles, CA 90049

**By Email to:**
Ron Maroko, Esq. ron.maroko@usdoj.gov
Office of the United States Trustee